UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:12-CV-0591-G |
| SW SOFTWARE DEVELOPMENT, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's unopposed motion for entry of order of dismissal (docket entry 15) is **GRANTED**.

The court having been informed by counsel for the parties that this action has been settled, and the final judgment and permanent injunction stipulated by the parties having been entered by the court, which retains jurisdiction to enforce the terms of that injunction, it is **ORDERED** that all claims not expressly addressed in that injunction are **DISMISSED** with prejudice and without costs or fees.

June 25, 2012.

_____
**A. JOE FISH**
**Senior United States District Judge**